

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

LT (J.G.) Gregory K. Parsons U.S. Navy, PDRL, Appellant

No. 06-20-00067-CV     v.

Connie K. Copeland Parsons, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 87113). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, LT (J.G.) Gregory K. Parsons U.S. Navy, PDRL, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 18, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk